

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

My Direct Dial is: (212) 545-4080
My Email Address is:  Richard.Greenberg@jacksonlewis.com

March 16, 2022

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.   03/17/22
>
> The post-discovery conference previously scheduled for 8/24/2022 is hereby adjourned until 11/3/2022 at 2PM.

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
Judge of the Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

          Re:    <u>Cocchia v. Project Renewal, Inc.,
                  Case No.: 21-CV-10250 (VSB)</u>

Dear Judge Broderick:

      This firm represents Defendants Project Renewal, Inc., PRI Villa Avenue Housing Development Fund Corporation, and PRI Villa Avenue, L.P. in connection with the above-referenced matter.  We write jointly with Plaintiff's counsel  to request that the deadlines in the discovery schedule that was entered today (ECF No. 27) be held in abeyance for sixty days. As the Parties noted in their February 18, 2022 letter (ECF No. 26), the parties are requesting these sixty days to discuss settlement and whether a settlement conference before Judge Netburn would be productive in helping us find early resolution to this matter.

      Thank you for your consideration of this matter.

                                       Respectfully submitted,

                                       JACKSON LEWIS P.C.

                                       /s/  *Richard I. Greenberg*

                                       Richard I. Greenberg

cc:    All counsel (via ECF)