# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4080
MY EMAIL ADDRESS IS: Richard.Greenberg@jacksonlewis.com

May 3, 2022

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.**   05/04/22

The parties shall promptly notify me of any settlement or conclusion of discovery, and I will schedule the conference accordingly.

**VIA ECF**

The Honorable Vernon S. Broderick
Judge of the Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

> Re: **Cocchia v. Project Renewal, Inc.,
> Case No.: 21-CV-10250 (VSB)**

Dear Judge Broderick:

This firm represents Defendants Project Renewal, Inc., PRI Villa Avenue Housing Development Fund Corporation, and PRI Villa Avenue, L.P. in connection with the above-referenced matter. We write jointly with Plaintiff's counsel to request that the deadlines in the discovery schedule that was entered on March 15, 2022 (ECF No. 27), which were held in abeyance for 60 days per Your Honor's March 17, 2022 Order (ECF No. 29), be held in abeyance for an additional 60 sixty days in order for the Parties to continue settlement negotiations.

The Parties are actively engaging in settlement discussions and met on April 28, 2022 to discuss early resolution of this matter. Both sides agree that resources should go to resolving any issues, rather than protracted discovery. Accordingly, the Parties propose the following discovery schedule:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| **End of Fact Discover** | August 19, 2022 | October 18, 2022 |
| **Deadline to Serve Requests for Production** | May 15, 2022 | July 15, 2022 |
| **Deadline to Serve Interrogatories** | May 15, 2022 | July 15, 2022 |
| **Deadline to Complete Depositions** | August 1, 2022 | September 30, 2022 |
| **Deadline to Serve Requests for Admissions** | June 30, 2022 | August 29, 2022 |
| **End of Expert Discovery** | October 3, 2022 | December 2, 2022 |
| **End of All Discovery** | October 3, 2022 | December 2, 2022 |
| **Post Discovery Conference** | November 23, 2022 | TBD |

Thank you for your consideration of this matter.

          Respectfully submitted,

          JACKSON LEWIS P.C.

          /s/ *Richard I. Greenberg*

          Richard I. Greenberg

cc:    All counsel (via ECF)