# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4080
MY EMAIL ADDRESS IS:  Richard.Greenberg@jacksonlewis.com

July 6, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
Judge of the Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

           Re:   **Cocchia v. Project Renewal, Inc.,**
               **Case No.: 21-CV-10250 (VSB)**

Dear Judge Broderick:

    This firm represents Defendants Project Renewal, Inc., PRI Villa Avenue Housing Development Fund Corporation, and PRI Villa Avenue, L.P. in connection with the above-referenced matter.  We write jointly with Plaintiff's counsel to request that the deadlines in the discovery schedule that was entered on March 15, 2022 (ECF No. 27), which were held in abeyance for 60 days per Your Honor's March 17, 2022 Order (ECF No. 29) and again per Your Honor's May 4, 2022 Order (ECF No. 35), be held in abeyance for another 60 sixty days in order for the Parties to continue settlement negotiations.

    In addition to the previously mentioned meeting on April 28, 2022, the Parties had an additional meeting on June 30, 2022 and have made significant progress towards pre-discovery resolution of this matter. The Parties are still committed to prioritizing early resolution instead of protracted discovery. Accordingly, the Parties propose the following discovery schedule:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| **End of Fact Discovery** | October 18, 2022 | December 16, 2022 |
| **Deadline to Serve Requests for Production** | July 15, 2022 | September 13, 2022 |
| **Deadline to Serve Interrogatories** | July 15, 2022 | September 13, 2022 |
| **Deadline to Complete Depositions** | September 30, 2022 | November 29, 2022 |
| **Deadline to Serve Requests for Admissions** | August 29, 2022 | October 28, 2022 |
| **End of Expert Discovery** | December 2, 2022 | January 31, 2023 |
| **End of All Discovery** | December 2, 2022 | January 31, 2023 |

| **Post Discovery Conference** | November 23, 2022 | January 23, 2023 |

Thank you for your consideration of this matter.

> Respectfully submitted,
>
> JACKSON LEWIS P.C.
>
> /s/ *Richard I. Greenberg*
>
> Richard I. Greenberg

cc:   All counsel (via ECF)

4867-9182-5959, v. 1

Application DENIED without prejudice.  The parties can renew this motion within 30 days of the current deadline for discovery, which is 12/2/2022.  The parties need not follow the several deadlines scheduled before 12/2/2022 for specific discovery requests.  The post discovery conference previously scheduled for 11/3/2022 is hereby adjourned sine die.

SO ORDERED:

_____  July 8, 2022
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE